JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERNIK MORADIAN, | CV 12-2520 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Pursuant to the Court's July 25, 2012 Minute Order granting the Motion to Dismiss filed by defendants Bank of America, N.A., on its own behalf and as successor by merger to BAC Home Loans Servicing, LP, U.S. Bank National Association, as trustee for the holders of GSAA Home Equity Trust 2006-19, Asset Backed Certificates Series 2006-19, Recontrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. (erroneously sued as Merscorp and MERS) (collectively "Defendants") , which dismissed all of the claims asserted by plaintiff Lernik Moradian ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2 nothing and that Defendants shall have their costs of suit.

3       IT IS SO ORDERED.

5 DATED: July 25, 2012                  _____

                                                           Percy Anderson
                                     UNITED STATES DISTRICT JUDGE